**2003–1806.   State v. Reed.**
Clark App. No. 03CA0004, 2003-Ohio-4848. Reported at 100 Ohio St.3d 1532, 2003-Ohio-6458, 800

N.E.2d 48. On motion for reconsideration. Motion denied.

Moyer, C.J., and Pfeifer, J., dissent.